UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>TIMOTHY P RODGERS, )<br>)<br>)<br>)<br>　　　Defendants. ) | Case No.:  23 CR 30121 SPM |

## **SEVENTH MOTION TO TRAVEL**

COMES NOW, Defendant, Timothy Rodgers, by and through his counsel, Bobby E. Bailey, and respectfully moves this Honorable Court for permission to travel for the purpose of escorting and attending son's college track and field meet and college visit in Chicago, Illinois, and Louisville, KY.   In support thereof Defendant(s) states as follows:

1.  Defendant was indicted on October 17, 2023, for VA benefits fraud in violation of 18 U.S.C. § 1343, and Bankruptcy fraud  in violation of  18 U.S.C. § 152(3).   Trial is scheduled for April 15, 2025.

2.  Defendant is under pretrial supervision with curfew restrictions, and electronic monitoring.  He has complied with all conditions of release while on bond, with no violations. Previously, defendant was granted permission to travel for son's track and field events during the months of September to December, and  no violations occurred.

3.  Defendant respectfully request to travel for the sole purpose of escorting and attending son's college track and field meet and college visit in Chicago, Illinois on January 17 - 19, 2025,

and Louisville, KY on January 24 -26, 2025 Pittsburg State University, Pittsburg, KS, from January 10, 2025, to January 12, 2025.

4. Counsel has discuss this matter with Assistant United States Attorney Zoe Gross, and she has no objection to defendant's proposed travel request.

WHEREFORE, Defendant, Timothy Rodgers, by and through her counsel, Bobby Bailey, respectfully requests this Honorable Court to grant him permission to travel to Chicago, Illinois from January 17, 2025, to January 19, 2025, and Louisville, Kentucky from January 24, 2025, to January 26, 2025, for the sole purpose of escorting and attending son's college track and field meet and college visit.

Respectfully submitted,

SIMS & BAILEY, L.L.C.

By:   /s/*Bobby E. Bailey*
Bobby Bailey, #56207 MO
Attorney for Defendant
4387 Laclede Avenue
St. Louis, Missouri 63108
314-534-0800 / 314-558-1808 fax
bebailey08@yahoo.com

## CERTIFICATE OF SERVICE

Signature of the foregoing document is also certification that the foregoing was filed electronically with the Clerk of the United States District Court for the Southern District of Illinois to be served by operation of the Court's electronic filing system upon Assistant United States Attorney, Zoe Gross, this 14th day of January 2025.

/S/   *bobby bail*ey
Bobby E. Bailey, #56207MO