IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-30121 |
| | ) | |
| TIMOTHY P. RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Zoe J. Gross, Assistant United States Attorney, states as follows:

There is now confined in the Madison County Jail, in Edwardsville, Illinois, in the custody of the Warden, Sheriff, or Jailer thereof, the Defendant in the above-entitled case. Said case will be called for a motion hearing on the 29th day of July, 2025, at the hour of 1:30 p.m.  It is necessary to have said Defendant in the Courtroom of the Honorable Stephen P. McGlynn, District Judge of the United States District Court, East St. Louis, Illinois, and in order to secure the presence of said Defendant, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding said Warden, Sheriff, or Jailer to produce said Defendant in order to procure his presence for the motion hearing and all other proceedings incident thereto.

WHEREFORE, the United States moves for an order directing the issuance or a Writ of Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to said Warden, Sheriff, or Jailer, commanding him to have and produce the above-named Defendant in said United States District Court at said time, and then and there to present said Defendant before the Court

and from day to day thereafter as may be necessary; and at the termination of the all proceedings in this case, to return the Defendant to the custody of said Warden, Sheriff, or Jailer.

DATED: 7/21/25

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL   62208
Phone: (618) 628-3700
E-mail: zoe.gross@usdoj.gov