IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-30121 |
| | ) | |
| TIMOTHY P. RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the United States Attorney for an Order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of Timothy P. Rodgers in the United States District Court at East St. Louis, on the 11th day of August, 2025, at the hour of 11:00 a.m.

IT IS SO ORDERED.

DATED this ____31st____ day of July, 2025.

s/Gilbert C. Sison
Hon. GILBERT C. SISON
United States Magistrate Judge