IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-30121 |
| | ) | |
| TIMOTHY P. RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    The Warden, Sheriff, or Jailer of Madison County Jail at Edwardsville, Illinois, and to any United States Marshal.

GREETINGS

We command that you produce and deliver the body of Timothy P. Rodgers, now in your custody, before the Honorable Gilbert C. Sison, Magistrate Judge of the United States District Court at East St. Louis, Illinois, on the 11th day of August, 2025, at the hour of 11:00 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of the bond revocation hearing of said case.

The delivery of the body of Timothy P. Rodgers to the Courtroom of said United States District Court, as aforesaid shall be deemed sufficient compliance with this Writ.

[X]    Said Defendant shall be returned to your custody by the United States Marshal at the conclusion of the hearing referenced above *if, after advisement by the Court, the Defendant waives his rights under the Interstate Agreement on Detainers Act.*

[ ]    Said Defendant shall remain in federal custody at the conclusion of the hearing referenced above, and shall be returned to your custody by the United States Marshal at the conclusion of all proceedings in United States District Court in this case.

WITNESS the Honorable Gilbert C. Sison, United States Magistrate Judge for the Southern District of Illinois.

DATED: July 31, 2025

MONICA STUMP
Clerk, United States District Court
Southern District of Illinois

By:    s/Catina Simpson
DEPUTY CLERK