IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | 23-CR-30121-SPM |
| | ) | |
| TIMOTHY P. RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE TO GOVERNMENT'S MOTION TO EXCLUDE TESTIMONY

Now comes Brian K. Trentman, and in Response to the United States of America's Motion to Exclude Testimony (Doc. 152) states that:

1. The parties arrived at an agreement regarding information which might be presented to the Court with respect to the Defense Motion to Dismiss and the Defense Motion to Continue/Stay Proceedings (Docs. 142 and 143). The defense may ask the Court to take Judicial Notice of various sections of the United States Code and the Code of Federal Regulations, and, further may introduce evidence about the Pleadings with Veteran's Courts, as well as the VA file of Timothy Rodgers. The Government asked that the defense provide information about his expert, Ken Carpenter, on or before July 20th and agreed it would provide the same information to the defense by that same date. The defense provided information to the Government on July 16th and asked if it

needed anything else. The Government did not provide anything to the defense.

2. Ken Carpenter is clearly an expert. The Motions set forth information that Mr. Carpenter can testify about. In addition, the Government has received information about his expertise, specialized knowledge, and background. His testimony would assist the Court.

3. The Roberts case cited by the Government did not decide the Due Process arguments set forth by the defense.

4. Any limits on the testimony of the defense's expert can be asserted at the Hearing. The Government is free to object and let the Court decide the matter at that time-if nothing else, at least the record can be clear about what the defense arguments are that are being brought to the Court.

WHEREFORE, the defense requests that this Honorable Court deny the Government's Motion to Strike and allow the defense to present evidence-including the testimony of Ken Carpenter-at an Evidentiary Hearing.

Respectfully submitted,

s/Brian K. Trentman
Brian K. Trentman
1549 Township Line Road
DuBois, IL 62831
Phone: (618) 314-0399
E-mail:b_trentman251@sbcglobal.net

## Certificate of Service

I hereby certify that on August 1, 2026, I electronically filed this Response to the Government's Motion to Exclude Testimony with the Clerk of Court using the CM/ECF system which will send notification of such filings.

Respectfully submitted,
s/Brian K. Trentman
Brian K. Trentman
1549 Township Line Road
DuBois, IL 62831
Phone: (618) 314-0399
E-mail:b_trentman251@sbcglobal.net