IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | 23-CR-30121-SPM |
| | ) | |
| TIMOTHY P. RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR WRIT AD PROSEQUENDUM**

Now comes Brian K. Trentman, and for this Motion states that:

1. The above cause is set for Evidentiary Hearing on September 29, 2026 at 10:30 AM. The defendant's presence is required.
2. The defendant is currently in the custody of the Illinois Department of Corrections. His IDOC Registration number is Y74661.

WHEREFORE, the defense requests that this Honorable Court issue a Writ Ad Prosequendum to Order that the Illinois Department of Corrections release the defendant into the custody of the United States Marshals Service who shall transport the defendant from the Illinois Department of Corrections to the United States Courthouse in East Saint Louis, Illinois for the Evidentiary Hearing and return him following its conclusion.

Respectfully submitted,

s/Brian K. Trentman
Brian K. Trentman
1549 Township Line Road
DuBois, IL 62831
Phone: (618) 314-0399
E-mail:b_trentman251@sbcglobal.net

**Certificate of Service**

I hereby certify that on September 25, 2026, I electronically filed this Motion for Writ Ad Prosequendum with the Clerk of Court using the CM/ECF system which will send notification of such filings.

Respectfully submitted,
s/Brian K. Trentman
Brian K. Trentman
1549 Township Line Road
DuBois, IL 62831
Phone: (618) 314-0399
E-mail:b_trentman251@sbcglobal.net