IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. 23-CR-30121-SPM |
| TIMOTHY P. RODGERS, | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The above-entitled cause having come before the Court upon the application of the Defendant for an Order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of Timothy P. Rodgers in the United States District Court at East St. Louis, on the 29th day of September, 2026, at the hour of 10:30 a.m.

IT IS SO ORDERED.

DATED this 25th day of September, 2026.

STEPHEN P. MCGLYNN
United States District Judge