IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY P. RODGERS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 23-cr-30121-SPM |

**MINUTES OF EVIDENTIARY HEARING**

**PRESIDING:** Hon. Stephen P. McGlynn, US District Judge

**DATE:** September 29, 2026 **TIME:** 10:20 AM – 2:46 PM

**COURT REPORTER:** Erin Materkowski

**COURTROOM DEPUTY:** Jackie Muckensturm

**COUNSEL FOR PLAINTIFF:** Zoe Gross and Amanda Fischer - AUSA

**COUNSEL FOR DEFENDANT:** Brian Trentman

---

All parties noted are present in open Court.

Defendant Witnesses:

1) Kenneth M. Carpenter Time: 10:25 AM – 11:43 AM; 11:55 AM – 12:37 PM
2) Abner Concepcion Time: 12:58 PM – 2:08 PM

Plaintiff's Exhibit Admitted: 1

Defendant's Exhibits Admitted: 1-5

Motions taken under advisement. Order to Issue.

Defense counsel makes an Oral Motion to Continue the Trial date and Court GRANTS same. Case will be reset by separate Order.